44 Bennett Avenue, 6H
New York, NY 10033

February 29, 2024

United States District Court
Western District of Pennsylvania
U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

Subject: petition to the National Archives (NARA) for release of document

To whom it may concern:
I contacted the National Archives in College Park, MD with a request to see this material:
**Record Group 60**
**General Records of the Department of Justice**
**Class 36 (Mail Fraud) Litigation Case Files, 1921-1971**
**Entry A1-COR 36**
**Box 75@ 2300/14/21/1**

I received the following response:
"You requested access to Department of Justice Class 36 (Mail Fraud) Litigation Case Files about the American Bond and Mortgage Company relating to the Mayflower Hotel in Washington, D.C. and trial in federal court in Pittsburgh, PA.
When my staff reviewed the file you requested, they identified federal grand jury information, which is exempt from disclosure, and determined that we would need to conduct a line by line review.
Petitions for disclosing Grand Jury material are governed by Rules 6(e)(3)(E)(i) and 6(e)(3)(F) of the Federal Rules of Criminal Procedure; a petition must be filed in the district where the grand jury convened, and the court is the authority for disclosure."

I would like to petition the court to authorize the release of the documents (noted above) at NARA.

Here is additional information about the case:
I believe the case was called: US v. William J. Moore et al.
Criminal no. 7171
(I also see the number 36-36-20-21 in some of the material I have)
The trial was tried in the Federal Court in the Western District of Pennsylvania. It was a mail fraud case involving the American Bond and Mortgage Co. and its officers (William J. Moore et al.) I believe this was a criminal case. Trial judge was Nelson McVicar.

Trial timeline:
Trial was scheduled to start on Feb. 1, 1932 but was postponed and actually started on Feb. 8, 1932. It concluded on Feb. 25, 1932. A Federal Petit jury returned a verdict of guilty. Judge McVicar set aside the verdict on April 30, 1932 and granted a new trial. The trial never took place and eventually (in 1936?) the government decided not to retry the case.

Thank you for your help.

Two brief articles about the case are attached.

Sincerely, *Shulamith Berger*
Shulamith Berger

American Bond & Mortgage Company case – tried in Federal court in Pittsburgh, PA

Trial judge: Nelson McVicar

- Shamokin Daily News (Shamokin, Pennsylvania)
- 25 Feb 1932, Thu
- Page 7

tional holiday on the Foutrh of July.

## Four Convicted in Defrauding of Mails

Pittsburgh, Pa., Feb. 25—(UP)—Four officials of the American Bond & Mortgage Company, charged with using the mails to defraud in connection with a $1,000,000 second bond issue on the Mayflower hotel, Washington, D. C., were found guilty in federal court today.

Those convicted are: W. J. Moore, president of the company; his three sons, Harold A., Charles C. and Kenneth.

The News-Herald FRANKLIN, PENNSYLVANIA

Saturday, April 30, 1932

## New Trial Granted American Bond Officials.

PITTSBURGH, April 30.—UP—Four officials of the American Bond and Mortgage Company, Chicago, convicted of conspiracy and using the mails to defraud in connection with a $1,000,000 second mortgage bond issue on the Mayflower Hotel, Washington, D. C., were granted a new trial today. They are: William J. Moore, Chicago; and his sons, Harold, Charles and Kenneth.